KEITH R. VERGES
RAYMOND E. WALKER
FIGARI & DAVENPORT, L.L.P.
901 MAIN STREET, SUITE 3400
DALLAS, TEXAS  75202
TEL: (214) 939-2000
FAX: (214) 939-2090
*(ADMITTED PRO HAC VICE)*

SHAWN T. LEUTHOLD
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 THE ALAMEDA #303
SAN JOSE, CALIFORNIA  95126
TELEPHONE: (408) 924-0132
FACSIMILE: (408) 924-0134

Attorneys for Plaintiffs Brice Yingling
d/b/a Alamo Autosports and Andy Scott

*IT IS SO ORDERED*
Judge James Ware
7/27/2009

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRICE YINGLING D/B/A ALAMO AUTOSPORTS AND ANDY SCOTT, <br><br> Plaintiffs, <br><br> V. <br><br> EBAY, INC., <br><br> DEFENDANT. | Case No. 5:09-CV-01733 JW (PVT) <br><br> STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS <br><br> Jury Trial Demanded |

Stipulation and Request to Continue Case Management Conference
and Hearing on Defendant's Motion to Dismiss
CASE NO. C 09 01733 JW (PVT) –Page 1

Plaintiffs and Defendant file this stipulation and request to continue and reschedule (1) the Case Management Conference and (2) hearing on Defendant's motion to dismiss, both currently set for September 21, 2009, until October 5, 2009 and state:

This case was reassigned from Magistrate Judge Patricia V. Trumbull to Judge Ware on June 29, 2009. [Docket No. 22.] Accordingly, the clerk issued a notice continuing the Case Management Conference previously set before Magistrate Judge Trumbull until September 21, 2009 at 10:00 a.m. before Judge Ware.

Shortly thereafter, Defendant filed a motion to dismiss [Docket no. 23] and a notice of a hearing on its motion setting the hearing for August 31, 2009. The clerk then issued a notice continuing the hearing on the motion to dismiss until 9:00 a.m. on September 21, 2009, an hour earlier but the same day as the Case Management Conference. [Docket no. 28.]

Counsel for Plaintiffs has conferred with counsel for Defendant about this stipulation and they jointly request that the Court continue the Case Management Conference and the hearing on Defendant's motion to dismiss. In particular, lead counsel for Plaintiffs, Keith R. Verges, has a conflict with the September 21, 2009 setting inasmuch as he has already registered for and made travel arrangements to attend to personal business requiring his presence elsewhere on September 21, 2009. Defendant agrees with the requested relief.

In addition, the parties seek to modify the deadlines for filing response and reply briefs in connection with the motion to dismiss, as follows:

   Plaintiffs' Response Brief:   August 28, 2009

   Defendant's Reply Brief:   September 11, 2009

Stipulation and Request to Continue Case Management Conference
and Hearing on Defendant's Motion to Dismiss
CASE NO. C 09 01733 JW (PVT) –Page 2

Accordingly, Plaintiffs and Defendant stipulate to and request the following: (1) a continuance and rescheduling (a) of the hearing on Defendant's motion to dismiss [Docket no. 23] and (b) of the Case Management Conference until October 5, 2009 at 9:00 a.m. (hearing) and 10:00 a.m. (Case Management Conference), respectively; and (2) modification of the briefing deadlines for the motion to dismiss, making Plaintiffs' response due August 28, 2009 and Defendant's reply due September 4, 2009.

**AGREED:**

By: /s/ Raymond E. Walker  
Counsel for Plaintiffs

By: /s/ Benjamin Chapman  
Counsel for Defendant

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED: July 27, 2009

_____  
United States __District____ Judge

Stipulation and Request to Continue Case Management Conference
and Hearing on Defendant's Motion to Dismiss
CASE NO. C 09 01733 JW (PVT) –Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, on this 27th day of July 2009.

/s/ Raymond E. Walker
Raymond E. Walker