COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
BENJAMIN F. CHAPMAN (234436) (bchapman@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant eBay Inc.

**DENIED**
*Judge James Ware*
10/2/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRICE YINGLING D/B/A ALAMO AUTOSPORTS AND ANDY SCOTT,<br><br>            Plaintiffs,<br><br>     v.<br><br>EBAY INC.,<br><br>            Defendant. | Case No.  C 09 01733 JW (PVT)<br><br>**STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANT EBAY INC.'S MOTION TO DISMISS** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND REQUEST TO CONTINUE
HEARING ON DEFENDANT EBAY'S MTD
CASE NO.  C 09 01733 JW (PVT)**

Plaintiffs and Defendant file this stipulation and request to continue and reschedule the hearing on Defendant's motion to dismiss, currently set for hearing on October 5, 2009, to November 16, 2009, and state:

Counsel for Defendant has conferred with counsel for Plaintiffs about this stipulation and they jointly request that the Court continue the hearing on Defendant's motion to dismiss. In particular, lead counsel for Defendant, Michael G. Rhodes, has a conflict with the October 5, 2009 hearing date on the motion to dismiss. Plaintiffs do not object to the requested relief.

Accordingly, Plaintiffs and Defendant stipulate to and request the following: a continuance and rescheduling of the hearing on Defendant's motion to dismiss [Docket #23] from October 5, 2009 to November 16, 2009.

**AGREED:**

By: /s/ Keith Verges_____
    Counsel for Plaintiffs
    Brice Yingling
    Andy Scott

By: /s/ Benjamin F. Chapman____
    Counsel for Defendant
    eBay Inc.

**THE FOREGOING STIPULATION IS DENIED    AND IS SO ORDERED.**

The parties shall appear for the scheduled hearing on the Motion to Dismiss. The Court has allotted ten (10) minutes per side for argument. The Court has issued a further Order as to the scheduled case management. Please see docket item no. 42 for specifics on further scheduled hearings.

Dated: October 2, 2009

_____
United States ___DISTRICT_____ Judge

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin F. Chapman hereby attests that concurrence in the filing of this document has been obtained.*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION AND REQUEST TO CONTINUE
HEARING ON DEFENDANT EBAY'S MTD
CASE NO. C 09 01733 JW (PVT)