1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11         SAN JOSE DIVISION

12

| | | |
|---|---|---|
| 13 | BRICE YINGLING DBA ALAMO AUTOSPORTS, ET AL., )<br><br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EBAY, INC., )<br>)<br>Defendants. )<br>_____ ) | Case No.: C 09-01733 JW (PVT)<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST TO SHORTEN TIME**<br><br>**[Docket No. 51]** |

19
20
21
22
23

     The parties in the above-captioned action request an order to shorten time on plaintiffs' motion to compel and modify scheduling order.  Having reviewed the various reasons set forth by the parties in the stipulated request,

     IT IS HEREBY ORDERED that the parties' request to shorten time is granted.  Plaintiffs'

24
25
26
27
28

ORDER, *page 1*

1   motion to compel and to modify the scheduling order shall be heard on January 19, 2010 at 10AM.[1]

2       IT IS SO ORDERED.

3   Dated:   December 18, 2009

4                                    *Patricia V. Trumbull*
                                     _____
5                                    PATRICIA V. TRUMBULL
                                     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

     [1]     This court notes that the district court issued the scheduling order in the above-captioned
28   action. *See* Scheduling Order Re Class Certification dated October 2, 2009. (Docket No. 42). As such,
     the parties are advised that any request to modify the scheduling order should likely be made to the
     district court.