COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
BENJAMIN F. CHAPMAN (234436) (bchapman@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant eBay Inc.

FIGARI & DAVENPORT, L.L.P.
KEITH R. VERGES
RAYMOND E. WALKER
901 Main St., Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
*(ADMITTED PRO HAC VICE)*

SHAWN T. LEUTHOLD
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 THE ALAMEDA #303
San Jose, California 95126
Telephone: (408) 924-0132
Facsmile: (408) 924-0134

Attorneys for Plaintiffs Brice Yingling d/b/a Alamo Autosports and Andy Scott

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge James Ware

3/17/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRICE YINGLING D/B/A ALAMO AUTOSPORTS AND ANDY SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. C 09 01733 JW (PVT)<br><br>**STIPULATION AND REQUEST TO CONTINUE BRIEFING AND HEARING DATES FOR CLASS CERTIFICATION MOTION AND [PROPOSED] ORDER** |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1166452 v2/SF

STIPULATION AND REQUEST TO CONTINUE CLASS CERTIFICATION DATES
CASE NO. C 09 01733 JW (PVT)

Defendant eBay Inc. files this stipulation and request to continue the briefing and hearing schedule for Plaintiffs' anticipated motion for class certification. The Court previously set the following dates related to class certification in its Scheduling Order (Docket No. 42):

- April 26, 2010: completion of all briefing on any motion for class certification.
- May 24, 2010: hearing on Plaintiffs' anticipated motion for class certification.

Counsel for Plaintiffs and Defendant have conferred and Plaintiffs' counsel hereby agrees and stipulates to eBay's request that the Court vacate the above dates and set the following revised dates related to class certification, in order to facilitate the orderly completion of discovery and in light of scheduling conflicts that have arisen for eBay's lead counsel:

- Plaintiffs' Class Certification Motion and any expert reports: **April 12, 2010**.
- eBay's Opposition and any expert reports: **May 3, 2010**.
- Plaintiffs' Reply Brief: **May 17, 2010**.
- Hearing **June 14, 2010 at 9:00 AM**

By: /s/ Keith Verges
Counsel for Plaintiffs
Brice Yingling and Andy Scott

By: /s/ Whitty Somvichian
Counsel for Defendant
eBay Inc.

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

This is the parties' final extension.

DATED: March 17, 2010

The Honorable Judge James Ware

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

Cooley Godward Kronish LLP
Attorneys At Law
San Francisco

1166452 v2/SF

1.

Stipulation and Request to Continue Class Certification Dates
Case No. C 09 01733 JW (PVT)