IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Brice Yingling, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>eBay, Inc.,<br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | NO. C 09-01733 JW<br><br>**ORDER DENYING STIPULATION FOR STAY IN LITIGATION WITHOUT PREJUDICE** |

Presently before the Court is a Stipulation and Proposed Order for a Stay in the Litigation. (Docket Item No. 193.) The parties offer two reasons for a stay: (1) Defendant has filed a petition under Federal Rule of Civil Procedure 23(f) requesting that the Ninth Circuit Court of Appeals accept an interlocutory appeal; and (2) the parties have agreed to participate in a mediation.

Upon review, the Court finds that good cause does not exist to grant the stay. The Ninth Circuit has not yet granted Defendant the right to appeal. Moreover, the parties fail to identify sufficient information regarding the parties' plan to mediate. Although the Court is encouraged that the parties are planning to mediate, the parties need to provide the Court with sufficient information regarding the mediation (for example, when the mediation is scheduled, and who the mediator is) to evaluate such a request.

Accordingly, the Court DENIES the parties' Stipulation for a Stay in the Litigation without prejudice to renew based on the anticipated mediation. Any renewed stipulation shall clearly set forth the parties' agreed upon schedule for mediation.

Dated: August 20, 2010

　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin F Chapman bchapman@cooley.com
James M. Penning jpenning@cooley.com
Keith R Verges kverges@figdav.com
Michael Graham Rhodes rhodesmg@cooley.com
Parker D Young parker.young@figdav.com
Raymond Earl Walker ray.walker@figdav.com
Shawn Tenzing Leuthold leuthold@aol.com
Whitty Somvichian wsomvichian@cooley.com

**Dated: August 20, 2010**             **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**