1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  WHITTY SOMVICHIAN (194463) (wsomvician@cooley.com)
   JAMES M. PENNING (229727) (jpenning@cooley.com)
3  BENJAMIN F. CHAPMAN (234436) (bchapman@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA 94111-5800
   Telephone:    (415) 693-2000
5  Facsimile:    (415) 693-2222
   Attorneys for Defendant eBay Inc.

6

   Figari & Davenport, LLP
7  KEITH R. VERGES
   RAYMOND E. WALKER
8  901 Main St., Suite 3400
   Dallas, Texas 75202
9  Telephone: (214) 939-2000
   Facsimile: (214) 939-2090
10 (ADMITTED PRO HAC VICE)

11 Law Office of Shawn T. Leuthold
   SHAWN T. LEUTHOLD
12 1671 The Alameda #303
   San Jose, California 95126
13 Telephone: (408) 924-0132
   Facsimile: (408) 924-0134
14 Attorneys for Plaintiffs Brice Yingling
   d/b/a Alamo Autosports and Andy Scott

15

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION
18

19
   BRICE YINGLING D/B/A ALAMO          Case No. C 09 01733 JW (PVT)
20 AUTOSPORTS AND ANDY SCOTT,
                                        **RENEWED STIPULATION AND [PROPOSED]**
21              Plaintiffs,             **ORDER FOR STAY IN LITIGATION**

22        v.                            Judge:     Hon. James Ware
                                        Trial Date: Not yet set
23 EBAY INC.,

24              Defendant.

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

*IT IS SO ORDERED AS MODIFIED*

*James Ware*

Judge James Ware

9/2/2010

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

1    Plaintiffs Brice Yingling and Andy Scott ("Plaintiffs") and Defendant eBay Inc. ("eBay"),

2    by and through their respective counsel herein, hereby stipulate and agree as follows:

3    **RECITALS**

4    WHEREAS, on July 16, 2010, the Court ordered that a class be certified in this matter;

5    WHEREAS, on July 30, 2010, eBay filed a petition under Federal Rule of Civil Procedure

6    23(f) requesting that the Ninth Circuit Court of Appeals accept an interlocutory appeal of the

7    Court's class certification decision;

8    WHEREAS, eBay's Rule 23(f) petition is currently pending before the United States

9    Court of Appeals for the Ninth Circuit and has not yet been ruled upon;

10   WHEREAS, Plaintiffs and eBay have agreed to participate in a mediation of this

11   litigation;

12   WHEREAS, on August 20, 2010, the Court denied the parties' prior stipulation and

13   proposed order for stay in litigation without prejudice to renew, provided the renewed stipulation

14   clearly sets forth sufficient information regarding the mediation, including, among other things,

15   who will be mediating the litigation and when the mediation is scheduled;

16   WHEREAS, the parties have engaged the Hon. Layn R. Phillips with Irell & Manella LLP

17   as their mediator;

18   WHEREAS, the mediation is scheduled to take place on November 1, 2010, the first

19   available date, and the parties are engaged in good faith efforts to set an appropriate briefing

20   schedule;

21   WHEREAS, Plaintiffs and eBay further agree that both parties would incur needless

22   burden and expense by proceeding with this litigation prior to the resolution of the pending Rule

23   23(f) petition and the mediation;

24   WHEREAS, Plaintiff and Defendant have agreed to a temporary stay of proceedings in

25   light of the foregoing.

26   **STIPULATION**

27   IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the

28   preparation and distribution of any class notice shall be temporarily stayed until the later of (a)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

RENEWED STIP. AND [PROPOSED] ORDER
FOR STAY IN LITIGATION
CASE NO. C 09 01733 JW (PVT)

1  the Ninth Circuit's order on eBay's Rule 23(f) petition, and, if granted, completion of proceedings

2  related to the appeal; and (b) completion of the mediation between the parties.  The parties further

3  agree to stay discovery until the completion of mediation between the parties.  This Stipulation

4  does not preclude limited discovery as needed for the specific purposes of the parties' mediation,

5  to be further negotiated and agreed among the parties in good faith.

6  Dated: August 27, 2010                           FIGARI & DAVENPORT, LLP
                                                     KEITH R. VERGES
7                                                    RAYMOND E. WALKER

8

9                                                    _____/s/_____

10                                                   Keith  Verges

11                                                   Attorneys for Plaintiffs
                                                     Brice Yingling and Andy Scott
12

13  Dated: August 27, 2010                           COOLEY LLP
                                                     MICHAEL G. RHODES (116127)
14                                                   WHITTY SOMVICHIAN (194463)

15

16                                                   _____/s/_____

17                                                   Whitty Somvichian

18                                                   Attorneys for Defendant
                                                     eBay Inc.
19

20

21                              **FILER'S ATTESTATION**

22        *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,*

23  *Whitty Somvichian hereby attests that concurrence in the filing of this document has been*

24  *obtained.*

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

RENEWED STIP. AND [PROPOSED] ORDER
FOR STAY IN LITIGATION
CASE NO. C 09 01733 JW (PVT)

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED that the parties need not submit a proposal regarding class

3   notice until the later of (a) the Ninth Circuit's order on eBay's Rule 23(f) petition, and, if granted,

4   completion of the Rule 23(f) appeal proceedings; and (b) completion of mediation between the

5   parties.  It is further ORDERED that discovery is stayed until the completion of mediation

6   between the parties.  This order is without prejudice to any party's right to seek relief from the

7   court should the parties be unable to reach agreement regarding the scope of discovery needed for

8   mediation or the need for a further stay of discovery pending completion of any Rule 23(f) appeal

9   proceedings.

10      The parties shall appear for a status conference on **November 15, 2010 at 10:00 AM.** On

11   or before **November 5, 2010**, the parties shall file a joint status statement informing the Court

12   on the status of their settlement efforts.

13

14   Dated: September 2, 2010          _____

15                                   United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
San Francisco

4.

Renewed Stip. and [Proposed] Order
for Stay in Litigation
Case No. C 09 01733 JW (PVT)