COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvician@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
BENJAMIN F. CHAPMAN (234436) (bchapman@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
Attorneys for Defendant eBay Inc.

Figari & Davenport, LLP
KEITH R. VERGES
RAYMOND E. WALKER
901 Main St., Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
(ADMITTED PRO HAC VICE)

Law Office of Shawn T. Leuthold
SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California 95126
Telephone: (408) 924-0132
Facsimile: (408) 924-0134
Attorneys for Plaintiffs Brice Yingling
d/b/a Alamo Autosports and Andy Scott

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRICE YINGLING D/B/A ALAMO AUTOSPORTS AND ANDY SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. C 09 01733 JW (PVT)<br><br>**JOINT UPDATE ON MEDIATION STATUS; REQUEST TO RESCHEDULE STATUS CONFERENCE; AND [PROPOSED] ORDER**<br><br>Date:       November 22, 2010<br>Time:       9:00 a.m.<br>Judge:     Hon. James Ware<br>Trial Date: Not yet set |

Plaintiffs Brice Yingling and Andy Scott and Defendant eBay Inc. ("eBay") jointly submit this update on mediation status and request to reschedule the status conference currently scheduled for November 15, 2010.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

UPDATE ON MEDIATION STATUS; REQ. TO
RESCH. STATUS CONF.; AND [PROP.] ORDER
CASE NO. C 09 01733 JW (PVT)

On September 2, 2010, the Court entered an order staying discovery in this action pending completion of mediation between the parties, scheduling a status conference for November 15, 2010 and requiring the parties to file a joint status statement on or before November 5, 2010. At the time of the order, the parties were scheduled to participate in a mediation with the Hon. Layn R. Phillips on November 1, 2010. Recently, the Hon. Layn R. Phillips informed the parties that a conflict had arisen with regard to the scheduled mediation date, and the parties were required to reschedule the mediation. The parties have now engaged Randall W. Wulff with Wulff Quinby & Sochynsky Dispute Resolution as their mediator, with mediation scheduled to take place on November 9, 2010, the first available date.

In light of the rescheduled mediation date, that parties request the Court reschedule the status conference by one week to November 22, 2010 at 10:00 a.m., or as soon thereafter as convenient for the Court, and reset the deadline for the parties to submit their joint status report to November 15, 2010.

Dated: October __, 2010       FIGARI & DAVENPORT, LLP

                              _____/s/_____
                              Keith Verges

                              Attorneys for Plaintiffs
                              Brice Yingling and Andy Scott

Dated: October __, 2010       COOLEY LLP

                              _____/s/_____
                              James M. Penning

                              Attorneys for Defendant
                              eBay Inc.

### FILER'S ATTESTATION

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, James M. Penning hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS HEREBY ORDERED that the status conference currently scheduled for November 15, 2010 is hereby rescheduled to November 22, 2010 at 10:00 a.m. On or before, November 15, 2010, the parties shall file a joint status statement informing the Court on the status of their settlement efforts.

Date: October 14, 2010

*/s/ James Ware*
Honorable James Ware
United States District Judge

1195929 v2/SF