United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Brice Yingling, et al., | NO. C 09-01733 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| v. | |
| eBay, Inc., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on November 22, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Status Report Regarding Settlement. (See Docket Item No. 200.) Based on the parties' representation, the Court finds that it can set a Preliminary Approval of Class Settlement hearing without the necessity of an appearance at this time.

Accordingly, the Court VACATES the November 22, 2010 Case Management Conference and orders as follows:

(1) The Court sets the hearing for Preliminary Approval of Class Settlement for **December 20, 2010 at 9 a.m.** On or before **December 10, 2010**, the parties shall file their Joint Motion for Preliminary Approval of Class Settlement supported by appropriate declarations.

(2) The Court sets the Final Fairness Hearing for **March 14, 2011 at 9 a.m.** Prior to the Final Fairness Hearing, Plaintiffs shall file their Application for Attorney Fees in compliance with In re Mercury Interactive Secs. Litig.,[1] to the extent that the fees are

---

[1] No. 08-17372, 2010 WL 3239460, at *6 (9th Cir. Aug. 18, 2010)

from a "common fund." The Court also reads <u>In re Mercury</u> to require that a fee application must include details with respect to the specific work done by counsel, namely, what work was done, how much time the work consumed and whether the work contributed to the benefit of the class. <u>Id.</u> at *5-6. Thus, if applicable, Plaintiffs' Application shall include the details described above.

(3) On **December 10, 2010**, along with their Joint Motion, the parties shall also file a Proposed Order for Preliminary Approval of Class Settlement. The Proposed Order shall include the March 14, 2011 Final Fairness hearing date and related deadlines.

Dated: November 16, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin F Chapman bchapman@cooley.com
James M. Penning jpenning@cooley.com
Keith R Verges kverges@figdav.com
Michael Graham Rhodes rhodesmg@cooley.com
Parker D Young parker.young@figdav.com
Raymond Earl Walker ray.walker@figdav.com
Shawn Tenzing Leuthold leuthold@aol.com
Whitty Somvichian wsomvichian@cooley.com

**Dated: November 16, 2010**         **Richard W. Wieking, Clerk**

                                 **By:  /s/ JW Chambers**
                                      **Elizabeth Garcia**
                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California