**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9               SAN JOSE DIVISION

10   Brice Yingling, et al.,                    NO. C 09-01733 JW

11               Plaintiffs,          **ORDER REQUESTING AMENDED**
           v.                          **PROPOSED ORDER RE: PRELIMINARY**
12                                     **APPROVAL OF CLASS SETTLEMENT**
     eBay, Inc.,
13
                 Defendant.
14   _____/

15          This case is scheduled for a Preliminary Approval Hearing of Class Settlement on December

16   20, 2010.  On December 10, 2010, the parties submitted their Motion for Preliminary Approval of

17   Class Settlement.  (See Docket Item No. 202.)

18          Upon review, the Court finds the parties' submission insufficient, as the parties have failed to

19   identify a Claims Administrator.  Thus, on or before **December 15, 2010 at 12 p.m.**, the parties

20   shall submit an Amended Proposed Order for Preliminary Approval that includes the name of their

21   elected  Claims Administrator.  Further, the Court finds that the parties' proposed date for the Final

22   Fairness Hearing comports with the Court's calendar.  Accordingly, in their Amended Proposed

23   Order, the parties shall also include a revised schedule based on the confirmed Final Fairness

24   Hearing date set for **March 14, 2011 at 9 a.m.**

25

26   Dated:  December 14, 2010                    _____
                                                  JAMES WARE
27                                                United States District Judge

28

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Benjamin F Chapman bchapman@cooley.com
   James M. Penning jpenning@cooley.com
3  Keith R Verges kverges@figdav.com
   Michael Graham Rhodes rhodesmg@cooley.com
4  Parker D Young parker.young@figdav.com
   Raymond Earl Walker ray.walker@figdav.com
5  Shawn Tenzing Leuthold leuthold@aol.com
   Whitty Somvichian wsomvichian@cooley.com

6

7  **Dated:  December 14, 2010**                    **Richard W. Wieking, Clerk**

8

9                                                   **By:**      **/s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28