# EXHIBIT B

EXHIBIT B
Darrell Palmer Class Action Objections

| | Style of Case | Case No. | Court | Objector(s) | Judge | Objection Order | Appeal | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | In re Broadcom Bakshi v. Samueli | 2:06-cv-05036 | US California (Los Angeles) | Smokestack Lightening | Real | Denied | Yes | See Order: Appeal Bond for $10K; Mtn Appeal Bond in #349; Appeal Dismissed (Stipulation) |
| 2 | Browning v. Yahoo! | 5:04-cv-01463 | US California (San Jose) | Norman Palmer; Richard Oster; Jeff Heirichs (failed to e-file) | Lloyd | Dismissed | Yes | Appeal Dismissed (Stipulation) |
| 3 | Wilson v. Airborne | 5:07-cv-00770 | US California (Riverside) | Denise Fairbank | Phillips | Denied | Yes | 9th Cir. 08-56819 Dismissed (Stipulation) |
| 4 | Friedman v. 24 Hour Fitness | 2:06-cv-06282 | US California (Los Angeles) | Toni Ozen | Matz | Denied | Yes | Appeal Dismissed (Stipulation) |
| 5 | Rodriquez v. West Publishing | 2:05-cv-03222 | US California (Los Angeles) | David Oriol; Jason Tingle; Jennifer McElroy; Evans & Mullinix; | Real | Denied | Yes - still pending | Some documents not available |
| 6 | Hoffman v. Citibank | 8:06-cv-00571 | US California (Santa Ana) | Joseph Balla; Andrew Cesare; Todd Bates | Guilford | Denied | Yes - still pending | |
| 7 | The NVIDIA GPU Litigation | 5:08-cv-04312 | US California (San Jose) | Frank Barbara | Ware | Denied | Yes - still pending | Copies the Hoffman objection |
| 8 | Stern v. New Cingular Wireless Services | 2:05-cv-00842 8:09-cv-01112 | US California (Santa Ana) | Gene Hopkins; Marc Gambello | Snyder | Denied | Yes - still pending | |
| 9 | Hartless v. Clorox Company | 3:06-cv-02705 | US California (San Diego) | Sonia Newman | Bencivengo | Denied | Yes - still pending | |
| 10 | City of Roseville v. MicronTechnology | 1:06-cv-00085 | US Idaho (Boise) | The Orloff Family Turst | Downes | N/A | N/A | Identical objections; Still pending |
| 11 | Newby v. Enron | 4:01-cv-03624 | US Texas (Houston) | Larry Fenstad; Dorothy Lancaster McCoppin | Harmon | Denied | Yes | Was settled after filing appeal 09/16/09 |
| 12 | In Re Lifelock, Inc., Marketing and Sales | 2:08-md-01977 | US Arizona (Phoenix) | Billy Daniels | Murguia | Denied | Yes | Objector dismissed appeal volunarily |
| 13 | In Re Countrywide Financial Corp | 3:08-md-01998 | US Kentucky (Louisville) | Winfield Scott | Russell | Denied | Yes | 6th Cir. 10-6180 |
| 14 | In Re Dell, Inc. | 1:06-cv-00726 | US Texas (Austin) | St. Stephen, Inc.; Smokestack Lightning Limited | Sparks | Denied | Yes | Appeal 10-50688; Still pending |
| 15 | Arthur v. SLM Corporation | 2:10-cv-00198 | US Washington (Seattle) | Judith Harper (Intervenor); Patrick Sweeney; Sasha McBean; | Robart | N/A | N/A | Still pending in trial court |
| 16 | In re Mercury Interactive Securities | 5:05-cv-03395 | US California (San Jose) | Marshall J. Orloff; Ann S. Orloff | Fogel | N/A | N/A | Still pending in trial court |
| 17 | Berger v. Property I.D. Corporation | 2:05-cv-05373 | US California (Los Angeles) | in propria persona | King | Denied | No | |
| 18 | Yeagly v. Wells Fargo | 3:05-cv-03403 | US California (San Francisco) | Rose A. Munoz | Breyer | Settled | | Plfs agreed to pay Obj's atty fees; withdraw's obj. but asks for $40k appeal bond |
| 19 | Papadakis v. Northwestern Mutual Life Insurance | B214789 | California Superior Court | Eric Zeigenhorn; Marci Frenkel; Norma Hoffman; Stuart Mintz; Kirk Stewart; Steven Sindell; Paul Kaufman | Lichtman | Denied | Yes | Appeal Dismissed (Stipulation) |
| 20 | Gemelas v. The Dannon Company | 1:08-cv-00236 | US Ohio (Cleveland) | Steven Cope | Polster | N/A | N/A | Settled - withdraw mtn for atty fees |
| 21 | In re International Rectifier Securities Litigation | 2:07-CV-02544 | C.D. Cal. | Cascia II | Walter | Withdrawn | N/A | When subpoena on objector served, the objection was withdrawn |