**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Brice Yingling, et al., | NO. C 09-01733 JW |
| Plaintiffs, | **ORDER REQUESTING REVISED FINAL APPROVAL ORDER AND JUDGMENT** |
| v. | |
| eBay, Inc., | |
| Defendant. | |

This matter is set for a Final Fairness Hearing on March 28, 2011. Upon review of the parties' submissions, the Court finds the Proposed Final Order and Judgment is insufficient. Specifically, the parties' designation of *cy pres* organizations set to receive the remaining balance of the Net Settlement Fund does not provide for Court approval of the nominated organizations prior to disbursement.

Accordingly, on or before **March 25, 2011**, the parties shall file a Revised Proposed Final Order and Judgment adjusting the language in paragraph 15 as follows:

> Subject to Court approval, any balance remaining in the Net Settlement Fund at the end of the Distribution Plan (whether by reason of uncashed checks or otherwise) shall be disbursed pro rata to Stanford Law School, Southern Methodist Law School, the University of Texas Law School, the National Consumer Law Center, the United States Federal Trade Commission - Division of Marketing Practices, and Archive.org.

Dated: March 24, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin F Chapman bchapman@cooley.com
James M. Penning jpenning@cooley.com
Joseph Darrell Palmer darrell.palmer@cox.net
Keith R Verges kverges@figdav.com
Michael Graham Rhodes rhodesmg@cooley.com
Parker D Young parker.young@figdav.com
Raymond Earl Walker ray.walker@figdav.com
Shawn Tenzing Leuthold leuthold@aol.com
Whitty Somvichian wsomvichian@cooley.com

**Dated: March 24, 2011**       **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California