Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Joseph Balla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BRICE YINGLING D/B/A ALAMO AUTOSPORTS AND ANDY SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. 09-CV-01733-JW<br><br>**NOTICE OF APPEAL**<br><br>Judge: Honorable James Ware |

Notice is hereby given that Joseph Balla, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Order and Judgment [218] entered in this action on March 31, 2011.

Dated: March 31, 2011

By: _____
Darrell Palmer
Attorney for Objector Joseph Balla

<u>Yingling v. eBay, Inc., et al.</u>
1    Case No. 09-cv-01733-JW

2

                                 **DECLARATION OF SERVICE**
3                  **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

4       I, Maria V. Carapia, declare as follows:

5       I am employed with the Law Offices of Darrell Palmer whose address is 603 N. Hwy 101, Suite A, Solana Beach, California 92075. I am readily familiar with the business practices
6 of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen (18) and I am not a party to this action.

7

      On March 31, 2011, I caused to be served the following:
8

                                     **Notice of Appeal**
9
on the interested parties:
10
              SEE ATTACHED SERVICE LIST
11

12    ___    by placing a copy in an envelope addressed to the addressee as indicated above and personally serving on this day.

13    ___    by sending a copy via overnight mail. Airbill No. _____.

14    ___    by sending a true and correct copy via electronic mail transmission to the email addresses as indicated on the attached service list. My email address is
15          maria.carapia@palmerlegalteam.com

16    _X_    by placing a copy in an envelope, with postage fully prepaid, for the addressees named on the attached service list for collection and mailing on the above
17          indicated day following the ordinary business mailing practices of our offices

18    ___    by sending a copy via facsimile transmission to the facsimile number listed for the addressees listed. The facsimile machine I used complied with California Rules
19          of Court, Rule 2003, and no error was reported by machine.

20       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 31, 2011, at Solana Beach, California.
21

22

23                                                  _____
                                                    Maria V. Carapia
24

25

26

27

28

                                            DECLARATION OF SERVICE

YINGLING ET AL V. EBAY, INC.
CASE #: 5:09-cv-01733-JW

**Plaintiff**

Brice Yingling                     represented by **Keith R Verges**
*doing business as*                                 **Parker D Young**
Alamo Autosports                                    **Raymond Earl Walker**
                                                    Figari & Davenport, LLP
Andy Scott                                          901 Main Street, Suite 3400
                                                    Dallas, TX 75202
                                                    Phone: 214-939-2000
                                                    Fax: 214-939-2090
                                                    Email: kverges@figdav.com
                                                    Email: parker.young@figdav.com
                                                    Email: ray.walker@figdav.com

                                                    **Shawn Tenzing Leuthold**
                                                    Law Office of Shawn T. Leuthold
                                                    1671 The Alameda #303
                                                    San Jose, CA 95126
                                                    Phone: 408-924-0132
                                                    Fax: 408-924-0134
                                                    Email: leuthold@aol.com

V.

**Defendant**

eBay, Inc.                         represented by **Benjamin F Chapman**
                                                   **Michael Graham Rhodes**
                                                   Cooley Godward
                                                   4401 Eastgate Mall
                                                   San Diego, CA 92121-1909
                                                   Phone: 858-550-6000
                                                   Fax: 858-550-6420
                                                   Email: bchapman@cooley.com
                                                   Email: rhodesmg@cooley.com

                                                   **James M. Penning**
                                                   Cooley Godward Kronish LLP
                                                   3000 El Camino Real
                                                   Palo Alto, CA 94306-2155
                                                   Phone: 650-843-5000
                                                   Email: jpenning@cooley.com

                                                   **Whitty Somvichian**
                                                   Cooley Godward Kronish LLP
                                                   101 California Street, 5th Floor
                                                   San Francisco, CA 94111-5800
                                                   Phone: (415) 693-2061
                                                   Fax: (415) 693-2222
                                                   Email: wsomvichian@cooley.com