# EXHIBIT A

Darrell Palmer (CA SBN 125147)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@cox.net

Counsel for Objector, Rose A. Munoz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN C. YEAGLEY, individually and on behalf of all persons similarly situated, | Case No. 3:05-CV-3403 CRB |
| Plaintiff, | **NOTICE OF: 1) WITHDRAWL OF OBECTION; 2) SUPPORT FOR FULL ATTORNEY FEES AWARD TO CLASS** |
| vs. | **COUNSEL, AND 3) SUPPORT OF ESTABLISHMENT OF APPEAL BOND** |
| WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., | |
| Defendants. | |

## NOTICE OF: 1) WITHDRAWL OF OBECTION;

## 2) SUPPORT FOR FULL ATTORNEY FEES AWARD TO CLASS COUNSEL, AND

## 3) SUPPORT OF ESTABLISHMENT OF APPEAL BOND

1.      Rose A. Munoz, who filed an objection to the proposed settlement of this case (Docket # 110) hereby give notice to the Court that she is withdrawing her objection.  She also urges the Court to award to Class Counsel the full amount that they are requesting in this case (Docket # #106, 119).

2.      The Court has heard Ms. Munoz' objections to the settlement and determined that the settlement as proposed was fair and reasonable. Ms. Munoz accepts and respects the Court's decision and therefore withdraws her objection to the fairness of the settlement.

3.      With regard to the attorneys' fees requested by Class Counsel, which are yet to be awarded by the Court, Munoz urges the Court to award the full amount to Class Counsel. Through discussion with Class Counsel Munoz has come to better appreciate the time and effort expended by Class Counsel, particularly with regard to matters not apparent from review of the docket sheet,

1

including discovery of documents, depositions of corporate representatives and the nature and extend of settlement negotiations, including the mediated agreement with respect to both the underlying claims and attorneys' fees.

4.     In the event the Court lacks the same appreciation for the effort, the Court is informed that Class Counsel has agreed with Munoz's counsel to reimburse her attorneys' fees, in recognition of the potential that Ms. Munoz's counsel may have indirectly benefited the Class and the Defendant's willingness to provide a notice to those class members who originally submitted inadequate claims for the class benefits, so, if a full award is made, a part of the fees with go to Munoz's counsel and not to Class Counsel. Ms. Munoz is satisfied that amount agreed to by her counsel and by Class Counsel is fair and reasonable. If the Court has any concern that the full fee requested by Class Counsels is not otherwise earned or deserved, Ms. Munoz  urges the Court to consider that not awarding the full fee only benefits the Defendant, who has already agreed to pay the full fee. Munoz respectfully suggests that it is appropriate to consider that awarding the full fee may have a deterrent effect on the future conduct of this Defendant and other creditors making specious credit offers to consumers.

5.     Munoz also urges to Court to grant the request for an appeal bond to ensure payment of cost on appeal. (Docket #119). The requested bond is in the amount of $40,000.00, which appears to be a reasonable amount for appellate costs, and not designed to chill objectors from exercising their right to appeal.

WHEREFORE, Rosa A Munoz requests the Court to deem her objection withdrawn, award to Class Counsel the full amount of its request for attorneys' fees and expenses, and that the Court set an appeal bond in the amount of $40,000.00.

Dated: September 28, 2007

DARRELL PALMER
Attorney for Objector, Rose A. Munoz

2

**Re: YEAGLEY V. WELLS FARGO & COMPANY ET AL
USDC NO DIST CA Case no. 3:05-CV-3403**

## DECLARATION OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, ALISON PAUL, declare as follows:

I am employed with the Law Offices of Darrell Palmer whose address is 603 N. Highway 101, Suite A. Solana Beach, CA 92075 I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen (18) and I am not a party to this action.

On September 28, 2007, I caused to be served the following:

**NOTICE OF: 1) WITHDRAWL OF OBECTION; 2) SUPPORT FOR FULL ATTORNEY FEES AWARD TO CLASS COUNSEL, AND 3) SUPPORT OF ESTABLISHMENT OF APPEAL BOND**
on the interested parties:

**Plaintiff's Counsel:**                          **Defendants' Counsel:**

**Jill H. Bowman**                              **Michael J. Steiner**
**James Hoyer Newcomer& Smiljanich, P.A.,**      **Severson & Werson, P.C.,**
**One Urban Center, Suite 550,**                 **One Embarcadero Center, Suite 2600,**
**4830 West Kennedy Blvd,**                      **San Francisco, CA 94111**
**Tampa, Florida 33609**

_____ by placing a copy in a separate envelope addressed to each addressee as indicated below and personally delivering it to the above named persons.

_____ by sending a copy via overnight mail. Airbill No. _____.

__X__ by placing a copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the above indicated day following the ordinary business practices of our offices

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Solana Beach, California.

Electronically signed_____
ALISON PAUL