Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Joseph Balla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BRICE YINGLING D/B/A ALAMO AUTOSPORTS AND ANDY SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. 09-CV-01733-JW<br><br>**AMENDED NOTICE OF APPEAL**<br><br>Judge: Honorable James Ware |

Notice is hereby given that Joseph Balla, Objector, hereby amends his appeal to the United States Court of Appeals for the Ninth Circuit from the Final Order and Judgment [Doc. 218] entered in this action on March 31, 2011, AND Order Granting Motion for Appeal Bond [Doc. 228] entered in this action on July 5, 2011.

Dated: August 5, 2011           By: /s/ Darrell Palmer
                                     Darrell Palmer
                                Attorney for Objector Joseph Balla

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 5, 2011, I electronically filed the foregoing AMENDED NOTICE OF APPEAL with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

    Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system:

          /s/ Darrell Palmer
          Darrell Palmer
          Attorney for Objector