FILED

AUG 12 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRICE YINGLING, DBA Alamo Autosports and ANDY SCOTT,<br><br>    Plaintiffs - Appellees,<br><br>JOSEPH BALLA,<br><br>    Objector - Appellant,<br><br> v.<br><br>EBAY, INC.,<br><br>    Defendant - Appellee. | No. 11-16033<br><br>D.C. No. 5:09-cv-01733-JW<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

  The parties stipulated motion to dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

  This order served on the district court shall act as and for the mandate of this court.


              FOR THE COURT:


              By: Margaret A. Corrigan
              Circuit Mediator

MAC/Mediation